Order issued December 13, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01373-CV

## IN RE JUSTIN LEE ASKEW, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-51334-Q**

# ORDER

Before Justices Moseley, FitzGerald, and Myers

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

KERRY P. FITZGERALD
JUSTICE